## 36044. EAGLE SPECIALTY COMPANY, INC. v. BANK OF HAMPTON.

Judgment affirmed without opinion under Rule 59. *All the Justices concur.*

SUBMITTED MARCH 14, 1980 — DECIDED APRIL 23, 1980.

*James H. Neal,* for appellant.

*Smalley, Cogburn & Flynt, Robert H. Smalley, Jr.,* for appellee.